UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

FILED
JUN 2 4 2020
U.S. CLERK'S OFFICE
EVANSVILLE, INDIANA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CAUSE NO. 1:20-CR- 123 - RLY - TAB |
| ) | |
| DAVID ANDREW FYE II, ) | |
| ) | |
| Defendant. ) | |

## INDICTMENT

### COUNT 1
Interstate Communication of Threat to Injure/Kill
18 U.S.C. § 875(c)

The Grand Jury charges that:

From on or about July of 2019, and continuing through and including May of 2020, in the Southern District of Indiana and elsewhere, the defendant,

DAVID ANDREW FYE II,

did knowingly and willfully transmit, in interstate and foreign commerce, from the State of Indiana, to the State of California, communications to S.W. and others, via the YouTube social media platform, the said communications containing threats to injure S.W., including to murder S.W.;

1

All in violation of Title 18, United States Code, Section 875(c).

A TRUE BILL:

███████████

JOSH J. MINKLER
United States Attorney

By: *[signature]* for

Matthew J. Rinka
Assistant United States Attorney